UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

SEBASTIAN WAHLHUETTER,

                Plaintiff,

         -against-

COLLEGEHUMOR.COM, LLC,

               Defendant.

-------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 4/5/2019

19 Civ. 1501 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff filed proof of service at Dkt. No. 10 showing that Defendant was served with the Complaint and Summons on February 20, 2019;

WHEREAS, Defendant has not appeared in this case and, based on Plaintiff's proof of service, Defendant has not timely responded to the Complaint;

WHEREAS, by letter dated April 2, 2019, Defendant requested that the initial pretrial conference be adjourned *sine die* and informed the Court it would seek a Certificate of Default from the Clerk of Court within 30 days. It is hereby

**ORDERED** that Plaintiff shall file an Order to Show Cause for default judgment and supporting papers by May 2, 2019. The initial pretrial conference is adjourned *sine die* and all other deadlines are canceled.

Dated: April 5, 2019
      New York, New York

                                 LORNA G. SCHOFIELD
                          **UNITED STATES DISTRICT JUDGE**