

July 14, 2019

Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Wahlhuetter v. CollegeHumor.com LLC (1:19-cv-1501-LGS-BCM)*

Dear Judge Moses,

We represent Plaintiff, Sebastian Wahlhuetter, in the above in-captioned case. We respectfully request a one-week extension until July 22, 2019 to file Plaintiff's proposed finding of fact and conclusion of law concerning damages.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Sebastian Wahlhuetter*

