USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEBASTIAN WAHLHUETTER,

    Plaintiff,

-against-

COLLEGEHUMOR.COM, LLC,

    Defendant.

19-CV-1501 (LGS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

It is hereby ORDERED that, no later than **November 22, 2019**, plaintiff must file proof of service of his Proposed Findings of Fact and Conclusions of Law (Dkt. No. 29) on the defendant, in accordance with my Scheduling Order for Damages Inquest (Dkt. No. 27) ¶ 7 and Local Civil Rule 55.2(c).

Dated: New York, New York
       November 18, 2019

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**