UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
SEBASTIAN WAHLHUETTER,
                             Plaintiffs

               -against-

COLLEGEHUMOR.COM, LLC,
                             Defendant.
------------------------------------------------------------ X

19 Civ. 1501 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on January 3, 2022, an order was issued dismissing Plaintiff's claims without prejudice and granting Plaintiff until January 14, 2022, to seek leave to file an amened complaint;

    WHEREAS, Plaintiff did not seek leave to amend. It is hereby

    ORDERED that the above-captioned case is closed.

    The Clerk of Court is respectfully directed to close the case.

Dated: January 18, 2022
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE